IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-00258-WYD-MJW

SHARON R. ROSE,

Plaintiff(s),

v.

KENNETH L. SALAZAR, Secretary, Department of the Interior, in charge of the U. S. Fish and Wildlife Service, a Federal Agency, under his department,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant's Unopposed Motion for Entry of Protective Order (docket no. 18) is GRANTED finding good cause shown. The written Protective Order (docket no. 18-1) is APPROVED as amended in paragraphs 9 and 11 and made an Order of Court.

Date:  May 21, 2012