IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-00258-WYD-MJW

SHARON R. ROSE,

    Plaintiff,

v.

SALLY JEWEL, Secretary, U.S. Department of the Interior,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on the Joint Stipulation of Dismissal (ECF No. 58).  After carefully reviewing the file in this matter, I find that the stipulation should be approved pursuant to Fed. R. Civ. P. 41(a) and the case should be dismissed with prejudice.  Accordingly, it is

ORDERED that the Joint Stipulation of Dismissal (ECF No. 58) is **APPROVED**. This case is **DISMISSED WITH PREJUDICE**, with each party to pay its own attorney's fees and costs, except as otherwise agreed to by the parties.

Dated:  March 31, 2014

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge